QUINN EMANUEL URQUHART OLIVER & HEDGES, LLP

Robert P. Feldman (Bar No. 69602)
bobfeldman@quinnemanuel.com
555 Twin Dolphin Drive, Suite 560
Redwood Shores, CA 94065
Telephone:   (650) 801-5000
Facsimile:   (650) 801-5100

Adam S. Cashman (Bar No. 255063)
adamcashman@quinnemanuel.com
50 California Street, 22nd Floor
San Francisco, California 94111
Telephone:   (415) 875-6600
Facsimile:   (415) 875-6700

Attorneys for Defendants Robert Pera and Patrick Jabbaz

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA, SAN JOSE DIVISION

| | |
|---|---|
| RAMMOHAN MALASANI,<br><br>Plaintiff,<br><br>vs.<br><br>ROBERT PERA, individually, PATRICK JABBAZ, individually, and DOES 1-10,<br><br>Defendants. | CASE NO. C 09-03527 (JF)<br><br>**STIPULATION AND [PROPOSED] ORDER EXTENDING TIME IN WHICH DEFENDANTS MUST MOVE TO DISMISS OR OTHERWISE RESPOND TO THE COMPLAINT**<br><br>Trial Date:   None Set |

WHEREAS, the Complaint commencing this action was filed on July 31, 2009; and

WHEREAS, the parties, through their undersigned counsel, have agreed to extend the time by which Defendants must answer, move, or otherwise respond to the Complaint to and including October 2, 2009;

IT IS HEREBY ORDERED THAT:

Defendants shall file their motion to dismiss, or shall otherwise respond to the Complaint, on or before October 2, 2009.

IT IS SO ORDERED.

00811.GL581/3090939.1

Case No. C 09 03527 JF

STIPULATION AND [PROPOSED] ORDER EXTENDING TIME IN WHICH DEFENDANTS MUST MOVE TO DISMISS OR OTHERWISE RESPOND TO THE COMPLAINT

Dated: September 14, 2009

_____
Hon. Jeremy Fogel
United States District Judge

Dated: September ___, 2009         QUINN EMANUEL URQUHART OLIVER &
                                   HEDGES, LLP

                                   By: _____
                                       Robert Feldman

                                   *Attorneys for Defendants Robert Pera and Patrick Jabbaz*

Dated: September 8, 2009           CONFLUENCE LAW PARTNERS

                                   By: _____
                                       David C. Bohrer

                                   *Attorneys for Plaintiff Rammohan Malasani*