IN THE UNITED STATES DISTRICT COURT

FOR THE NORTHERN DISTRICT OF CALIFORNIA

*E-FILED - 9/28/09*

| | |
|---|---|
| UBIQUITI NETWORKS, INC., <br>     Plaintiff, <br> v. <br> RAMMOHAN MALASANI, ET AL., <br>     Defendant. | Case No.: C-09-00237-RMW |
| RAMMOHAN MALASANI, <br>     Plaintiff, <br> v. <br> ROBERT PERA, et al., <br>     Defendant. | Case No.: C-09-03527-JF <br><br> **ORDER** |

The Court has reviewed the motion to consider whether cases should be related and determined that no cases are related and no reassignments shall occur at this time. The motion to related is denied without prejudice to reconsideration.

**IT IS SO ORDERED.**

Dated: 9/28/09

*/s/ Ronald M. Whyte*
RONALD M. WHYTE
UNITED STATES DISTRICT JUDGE

1
2  Copy of order e-filed to counsel of record:
3
4
5
6
7
8
9
10
11
12
13
14
15
16
17
18
19
20
21
22
23
24
25
26
27
28