David C. Bohrer (SBN 212397)
CONFLUENCE LAW PARTNERS
Sixty South Market Street, Suite 1400
San Jose, California 95113-2396
Telephone: (408) 938-3882
Facsimile: (408) 971-4332
dbohrer@confluencelaw.com

**E-Filed 10/28/2009**

Attorneys for Plaintiff
RAMMOHAN MALASANI

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA, SAN JOSE DIVISION

| | |
|---|---|
| RAMMOHAN MALASANI,<br><br>　　　　Plaintiff,<br><br>vs.<br><br>ROBERT PERA, individually, PATRICK JABBAZ, individually, and DOES 1-10,<br><br>　　　　Defendants. | CASE NO. C 09-03527 (JF)<br><br>**STIPULATION TO DISMISS WITH PREJUDICE AND [PROPOSED] ORDER** |

　　　　IT IS HEREBY STIPULATED AND AGREED between plaintiff Rammohan Malasani and defendants Robert Pera and Patrick Jabbaz ("defendants"), by and through their attorneys of record, as follows:

　　　　1.　　This entire action shall be dismissed with prejudice as to all parties.

　　　　2.　　Plaintiff and defendants, and each of them, shall bear their own costs, fees and expenses incurred in connection with this action.

　　　　**SO STIPULATED.**

-1-
STIPULATION TO DISMISS WITH PREJUDICE AND [PROPOSED] ORDER
Case No. 5:09-cv-03527-JF **(EXHIBIT A TO CONFIDENTIAL SETTLEMENT AGREEMENT)**

1  DATED: October 22, 2009

                                                  CONFLUENCE LAW PARTNERS.

                                                  By _____
                                                  David C. Bohrer
                                                  On behalf of Plaintiff Rammohan Malasani

DATED: October 23, 2009

                                                  QUINN EMANUEL URQUHART
                                                  OLIVER & HEDGES, LLP

                                                  By _____
                                                  Robert Feldman
                                                  On behalf of Defendants Robert Pera and
                                                  Patrick Jabbaz

Pursuant to Stipulation, **IT IS SO ORDERED.**

DATED:   10/28/2009

                                                  _____
                                                  JUDGE OF UNITED STATES DISTRICT
                                                  COURT, NORTHERN DISTRICT OF
                                                  CALIFORNIA

STIPULATION TO DISMISS WITH PREJUDICE AND [PROPOSED] ORDER
Case No. 5:09-cv-03527-JF  **(EXHIBIT A TO CONFIDENTIAL SETTLEMENT AGREEMENT)**